1  **Justin D. Harris, #199112**
2  **MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
   **1690 West Shaw Avenue, Suite 200**
3  **Fresno, California 93711**
   **Telephone (559) 439-4000**
4  **Facsimile (559) 439-5654**

5  Attorneys for Michael Logoluso and Rick Logoluso

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCO FINANCE, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LOGOLUSO, an individual and citizen of the State of California; RICK LOGOLUSO, an individual and citizen of the State of California, <br><br> Defendants. | Case No.: 1:10-cv-01062-AWI-GSA <br><br> **STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

AGCO FINANCE, LLC ("**AGCO**" or "**Plaintiff**") and MICHAEL LOGOLUSO and RICK LOGOLUSO (collectively "**Defendants**") stipulate as follows:

1. On April 5, 2010, AGCO commenced an action in the Superior Court of the State of California in and for the County of Madera, entitled AGCO FINANCE, LLC, a limited liability company, Plaintiffs vs. MICHAEL LOGOLUSO, an individual; RICK LOGOLUSO, an individual; DOES 1 to 10 inclusive, Defendants, as Case Number MCV051331 (the "**Action**").

2. Defendants acknowledged service of the complaint on or about May 17, 2010.

**MOTSCHIEDLER,**
**MICHAELIDES &**
**WISHON, LLP**

1                                                           {05181\0000\\220176.DOC}

**Stipulation to Remand Removal Action; Order Thereon**

1    3. On June 11, 2010, Defendants filed a notice of removal of the
2 Action pursuant to U.S.C. §1441(b) with the United States District Court for the Eastern
3 District of California.
4    4. On June 15, 2010, Defendants completed the removal process by
5 filing a conformed copy of the notice of removal with the Madera County Superior
6 Court
7    5. After some discussion, the parties have agreed that the Action
8 should be remanded to the Madera County Superior Court.  To that end, the Parties
9 hereby stipulate that the Action be remanded to Madera County Superior Court.
10    6. The Parties further stipulate that each party shall bear its own
11 attorneys' fees and costs with respect to the removal and subsequent remand of the
12 Action pursuant to this stipulation and order.

13 Dated: June __, 2010    MOTSCHIEDLER, MICHAELIDES &
14    WISHON LLP

16 By: _____
17  Justin D. Harris, Attorneys for
18  Defendants

19 Dated: June __, 2010    THE DUNNING LAW FIRM

22 By: _____
23  Donald T. Dunning, Attorneys for
 Plaintiff

**ORDER**

On June 21, 2010, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Eastern District of California case number 1:10-cv-01062-AWI-GSA styled AGCO FINANCE, LLC v. MICHAEL LOGOLUSO, et al. is hereby remanded to Madera County Superior Court.

IT IS SO ORDERED.

Dated:   June 23, 2010                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE